STEPHEN M. HAYES (SBN 83583)
shayes@hayesscott.com
STEPHEN P. ELLINGSON (SBN 136505)
sellingson@hayesscott.com
M. COLLEEN RYAN (SBN 258359)
cryan@hayesscott.com
HAYES SCOTT BONINO
ELLINGSON & McLAY, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, California  94065
Telephone:  650.637.9100
Facsimile:  650.637.8071

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY
(Erroneously sued as
State Farm Insurance Company)

TIMOTHY J. EGAN (SBN 213122)
LAW OFFICES OF TIMOTHY J.EGAN
30 Fifth Street, Suite 100
Petaluma, California 94952
Telephone: 707.789.9018
Facsimile: 707.789.9104

Attorney for Plaintiff
KATHY RENE TARVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY RENE TARVER,<br><br>            Plaintiff,<br><br>    v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and Does 1-59, inclusive,<br><br>            Defendants. | Case No. 4:09-cv-01092-SBA<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE PENDING COMPLETION OF UNINSURED MOTORIST ABRITRATION AND ORDER** |

All parties, by and through their respective counsel, hereby stipulate to continue the Case Management Conference currently scheduled for January 20, 2010 on the grounds that the uninsured motorist arbitration has not been concluded and therefore this matter must remain stayed

236086

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No. 4:09-cv-01092-SBA**

pursuant to California Code of Civil Procedure § 1281.4.

## I.
## RECITALS

1. Upon stipulation of the parties, the Court previously stayed the action pending resolution of the arbitration of the uninsured motorists claim, pursuant to California Code of Civil Procedure § 1281.4.

2. The Court previously continued the October 7, 2009 Case Management Conference to January 20, 2010 because arbitration of the underlying uninsured motorist dispute had not yet transpired.

3. The arbitration of the uninsured motorist claim has still not occurred.  The parties in the underlying uninsured motorist arbitration proceeding have engaged and are currently engaged in discovery related to the uninsured motorist proceeding.  The parties in the underlying uninsured motorist arbitration proceeding have agreed to submit the matter to mediation and anticipate a mediation date of March or April 2010.

## II.
## STIPULATION

The parties hereby stipulate to the following:

1. The Case Management Conference scheduled for January 20, 2010 at 2:30 p.m. shall be continued to May 19, 2010 at 2:30 p.m., or such other date as the Court may choose.

Dated:  December___, 2009      LAW OFFICES OF TIMOTHY J. EGAN

                               By_____
                                 TIMOTHY J. EGAN
                                 Attorney for Plaintiff
                                 KATHY RENE TARVER

/ / /

/ / /

/ / /

236086                                -2-

1  Dated: December___ ,2009             HAYES SCOTT BONINO ELLINGSON
2                                       & McLAY LLP
3
4                                       By_____
                                            STEPHEN M. HAYES
5                                           STEPHEN P. ELLINGSON
                                            M. COLLEEN RYAN
6                                           Attorneys for Defendant
                                            STATE FARM MUTUAL AUTOMOBILE
7                                           INSURANCE COMPANY
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
   236086                          -3-
   **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**
                        **Case No. 4:09-cv-01092-SBA**

# ORDER

The Case Management Conference scheduled for January 20, 2010 is hereby continued to May 12, 2010 at 2:30 p.m. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/24/09

_____
HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE