UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KATHY RENE TARVER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STATE FARM AUTOMOBILE INSURANCE COMPANY and Does 1059, inclusive,<br><br>　　　　Defendants. | Case No: C 09-01092 SBA<br><br>**ORDER GRANTING STIPULATION TO STAY AND ADMINISTRATIVELY CLOSE CASE** |

　　　Pursuant to the stipulation of the parties (Dkt. 30, 31),

　　　IT IS HEREBY ORDERED THAT the instant action is STAYED until ten days after Plaintiffs file and serve notice of final resolution of their uninsured motorist claim.

　　　IT IS FURTHER ORDERED THAT the instant action is ADMINISTRATIVELY CLOSED.  Either party may seek to reopen the action by filing a written request to the Court within thirty days of the date that Plaintiffs file and serve notice of final resolution of their uninsured motorist claim.

　　　IT IS SO ORDERED.

Dated: January 13, 2011

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　United States District Judge