UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KATHY RENE TARVER,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM AUTOMOBILE INSURANCE COMPANY and Does 1059, inclusive,<br><br>    Defendants. | Case No:  C 09-1092 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order Vacating Stay and Dismissing Action,

IT IS HEREBY ORDERED THAT final judgment is entered for Defendant.

IT IS SO ORDERED.

Dated:  November 26, 2014

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge